```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
LIN KWOK KEUNG,                                            :
                                                           :
                                    Plaintiff,             :
                                                           :            25-CV-1139 (VSB)
                -against-                                  :
                                                           :                 ORDER
MASTER BARBERS BARBER SHOP, INC.,                          :
et al.,                                                    :
                                                           :
                                    Defendants.            :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on February 7, 2025, (Doc. 1), and filed affidavits of service on April 24, 2025, (Docs. 7–8). The deadline for Defendants to respond to Plaintiff's complaint was April 18, 2025. (*See id*.) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 9, 2025. If Plaintiff fails to do so or otherwise demonstrate an intent to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 25, 2025
             New York, New York

                                                    _____
                                                    VERNON S. BRODERICK
                                                    United States District Judge