```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
LIN KWOK KEUNG,                                            :
                                                           :
                            Plaintiff,                     :
                                                           :        25-CV-1139 (VSB)
                -against-                                  :
                                                           :            ORDER
MASTER BARBERS BARBER SHOP, INC.,                          :
et al.,                                                    :
                                                           :
                            Defendants.                    :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on February 7, 2025, (Doc. 1), and filed affidavits of service on April 24, 2025, (Docs. 7–8).  The deadline for Defendants to respond to Plaintiff's complaint was April 18, 2025.  (*See id*.)  On April 25, 2025, I ordered Plaintiff to seek default judgment by April 15, 2025 if he intends to do so, and that failure to do so may result in dismissal of this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  (Doc. 9.)  On May 12, 2025, I granted Plaintiff's letter motion seeking an extension of time to seek default until June 26, 2025.  (Doc. 11.)  On June 30, 2025, I granted Plaintiff's second letter motion seeking an extension of time to seek default until July 14, 2025.  (Doc. 14.)  To date, Defendants have not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, Plaintiff is directed to do so in accordance with the default judgment procedures outlined in Attachment A of my Individual Rules and Practices in Civil Cases and submit the required filings by August 7, 2025.  If Plaintiff fails to do so or otherwise demonstrate that an intent to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  July 24, 2025
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge