UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIN KWOK KEUNG,

                Plaintiff,

  -v-

MASTER BARBERS BARBER SHOP, INC. and 1169 2ND AVE LLC,

                Defendants.

CIVIL ACTION NO.: 25 Civ. 1139 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant Master Barbers Barbershop, Inc. ("Defendant"), having been served with a summons and Complaint on July 2, 2025, was required to respond to the Complaint by July 23, 2025. (Dkt. No. 18). To date, no Answer has been filed on the docket. As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline for Defendant to respond to the Complaint until **Wednesday, November 19, 2025**. Defendant is warned that failure to answer, move, or otherwise respond to the Complaint by **November 19, 2025**, may result in the Court permitting Plaintiff to initiate default proceedings.

Dated:    New York, New York
            November 5, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge