UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIN KWOK KEUNG,

                                    Plaintiff,

        -v-

                                                            CIVIL ACTION NO.: 25 Civ. 1139 (VSB) (SLC)

                                                            **ORDER**

MASTER BARBERS BARBER SHOP, INC. and 1169
2ND AVE LLC,

                                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Complaint in this action was served on Master Barbers Barber Shop, Inc. ("Master Barbers") on July 2, 2025 and on 1169 2nd Ave LLC ("1169") on November 6, 2025. (Dkt. Nos. 18; 29). After the Court granted a sua sponte extension, Master Barbers responded to the Complaint, albeit pro se, on November 17, 2025. (Dkt. Nos. 28; 33). On November 19, 2025, Plaintiff requested an extension of time for both Defendants to obtain counsel and respond to the Complaint, which the Court granted, giving Defendants until January 5, 2026. (Dkt. Nos. 30; 32). To date, no counsel has appeared on behalf of Defendants in this action. Defendants are reminded that corporations cannot proceed pro se. See Jacobs v. Pat. Enf't Fund, Inc., 230 F.3d 565, 568 (2d Cir. 2000). Accordingly, the failure of counsel to appear on behalf of and represent Master Barbers and 1169 in this action may lead to entry of a default and a default judgment against them. See Fed. R. Civ. P. 55(a).

Accordingly, the Court sua sponte GRANTS Defendants a second extension of time to obtain counsel until **Tuesday, January 20, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendants at

1169 2nd Avenue, New York, NY 10065.

Dated:  New York, New York
    January 6, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**

2