UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIN KWOK KEUNG,

                            Plaintiff,

        -v-                                         CIVIL ACTION NO.: 25 Civ. 1139 (VSB) (SLC)

                                                    **ORDER TO INITIATE DEFAULT
MASTER BARBERS BARBER SHOP, INC. and 1169           PROCEEDINGS**
2ND AVE LLC,

                            Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On November 19, 2025, Plaintiff requested an extension of time for Defendants Master Barbers Barbershop, Inc. and 1169 2nd Ave LLC (together, "Defendants") to obtain counsel and respond to the Complaint, which the Court granted, giving Defendants until January 5, 2026. (Dkt. Nos. 30; 32).  After Defendants missed that deadline, the Court sua sponte extended the deadline for Defendants to obtain counsel until January 20, 2026, warning that failure of counsel to appear on behalf of Defendants, who are both corporations, may lead to entry of default and a default judgment against them.  (Dkt. No. 34).  On January 16, 2026, Defendants requested additional time to obtain counsel, which the Court granted until February 19, 2026.  (Dkt. Nos. 35; 36).  To date, no counsel has appeared on behalf of Defendants.   Accordingly, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Friday, February 27, 2026** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Vernon S. Broderick, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by **Friday, March 6, 2026.**

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendants at

1169 2nd Avenue, New York, NY 10065.

Dated:        New York, New York
              February 20, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

2