UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIN KWOK KEUNG,

                    Plaintiff,

     -v-

                                                    CIVIL ACTION NO.: 25 Civ. 1139 (VSB) (SLC)

MASTER BARBERS BARBER SHOP, INC. and 1169                **ORDER**
2ND AVE LLC,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion at the telephonic conference held today, March 10, 2026, the

Court ORDERS as follows:

1.  The deadline for Plaintiff to request a Certificate of Default against Defendant Master

    Barbers Barbershop ("Master Barbers") shall continue to be held in abeyance pending

    the Court's efforts to locate pro bono counsel to represent Master Barbers.

2.  By **Tuesday, March 24, 2026**, if Defendant 1169 2nd Ave LLC still has not appeared,

    Plaintiff may request a Certificate of Default from the Clerk of Court.

3.  By **Tuesday, March 31, 2026**, Plaintiff shall file a Motion for Default Judgment in

    accordance with the Individual Practices of the Honorable Vernon S. Broderick, Rule

    55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 against

    Defendant 1169 2nd Ave LLC.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendants at

1169 2nd Avenue, New York, NY 10065.

Dated:      New York, New York
            March 10, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**

2