UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIN KWOK KEUNG,

Plaintiff,

-v-

MASTER BARBERS BARBER SHOP, INC. and 1169
2ND AVE LLC,

Defendants.

CIVIL ACTION NO. 25 Civ. 1139 (VSB) (SLC)

**ORDER FOR LIMITED APPEARANCE
OF PRO BONO COUNSEL**

**SARAH L. CAVE**, United States Magistrate Judge.

At a telephone conference held today, March 10, 2026 (the "Mar. 10 Conference"), Maria

Batalova, owner of Defendant Master Barbers Barber Shop ("Master Barbers"), appeared on

behalf of Master Barbers to discuss settlement and requested the appointment of pro bono

counsel for the purpose of settlement.  Her request is GRANTED, and the Court requests that the

Clerk of Court seek pro bono counsel to enter a limited appearance for Master Barbers for the

purpose of settlement.  Counsel shall file a Notice of Limited Appearance as Pro Bono Counsel.

By way of background, on February 7, 2025, Plaintiff Lin Kwok Keung ("Plaintiff") filed this

action alleging, inter alia, a violation of Title III of the Americans with Disabilities Act against

Defendants for maintaining a property with an inaccessible entrance.  (Dkt. No. 1).  Although

Defendant 1169 2nd Ave LLC failed to appear and respond to the Complaint, Master Barbers

responded to the Complaint, albeit pro se, on November 17, 2025.  (Dkt. No. 33).  Defendants,

who are both corporations, may not proceed in this action without counsel, so the Court granted

Defendants three extensions to time to obtain counsel to appear on their behalf in this action

(Dkt. Nos. 30; 32; 36), but Defendants failed to do so.  On February 20, 2026, the Court directed

Plaintiff to initiate default proceedings against Defendants.  (Dkt. No. 37).  The same day, the Court received a letter from Ms. Batalova, dated February 18, 2026, stating that although she is financially incapable of obtaining counsel, she is willing to attempt to settle this action.  (Dkt. No. 39).  Accordingly, the Court held Plaintiff's deadlines to initiate default against Defendants in abeyance and held the March 10 Conference.  (See Dkt. No. 40; Minute Entry dated Mar. 10, 2026).  Following the Mar. 10 Conference, the Court allowed Plaintiff to request a Certificate of Default against 1169 2nd Ave LLC, which did not appear at the March 10 Conference, but continued to hold in abeyance Plaintiff's deadline to request a Certificate of Default against Master Barbers pending the Court's efforts to locate pro bono counsel.  (Dkt. No. 45).

Under the Court's Standing Order regarding the Creation and Administration of the Pro Bono Fund (16-MC-0078), pro bono counsel may apply to the Court for reimbursement of certain out-of-pocket expenses spent in furtherance of a pro se litigant's case.  The Pro Bono Fund is especially intended for attorneys for whom pro bono service is a financial hardship. See https://nysd.uscourts.gov/forms/pro-bono-fund-order.

Pro bono counsel will not be obligated for any aspect of Master Barbers' representation beyond settlement negotiations — and any related conferences — with the Court.  Pro bono counsel will not be required to respond to a dispositive motion.  Absent an expansion of the scope of pro bono counsel's representation, pro bono counsel's representation of Master Barbers will end following completion of settlement negotiations.

On the filing by pro bono counsel of a Notice of Completion, pro bono counsel's representation of Master Barbers in this matter will terminate, and pro bono counsel will have no further obligations or responsibilities to Master Barbers or to the Court in this matter.

2

For the foregoing reasons, the Clerk of Court is respectfully directed to attempt to locate pro bono counsel to represent Master Barbers for the limited purpose of settlement.  The Court advises Master Barbers that there are no funds to retain counsel in civil cases and the Court relies on volunteers.  Due to a scarcity of volunteer attorneys, some time may pass before a volunteer is located.  There is no guarantee, however, that a volunteer attorney will decide to take the case, and if the Clerk of Court is unable to locate counsel, Master Barbers must appear without counsel at any future conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendants at 1169 2nd Avenue, New York, NY 10065.

Dated:      New York, New York
            March 10, 2026

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**