UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIN KWOK KEUNG,<br><br>                        Plaintiff,<br><br>    -v-<br><br><br>MASTER BARBERS BARBER SHOP, INC. and 1169<br>2ND AVE LLC,<br><br>                        Defendants. | CIVIL ACTION NO.: 25 Civ. 1139 (VSB) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of two letters that Mr. Steven Fuchs, representative and property manager of Defendant 1169 2nd Ave LLC ("1169"), emailed to the Court.  (Dkt. Nos. 47; 48).  1169 is ORDERED to obtain counsel, who shall file a notice of appearance by **Thursday, March 26, 2026**. 1169 is reminded that corporations cannot proceed pro se.  See Jacobs v. Pat. Enf't Fund, Inc., 230 F.3d 565, 568 (2d Cir. 2000).  Accordingly, the failure of counsel to appear on behalf of and represent 1169 in this action may lead to entry of a default and a default judgment against it. See Fed. R. Civ. P. 55(a).

To the extent that 1169 is requesting pro bono counsel, the Court is not obligated to supply indigent civil litigants with counsel.  Morocho v. Stars Jewelry by the A Jeweler Corp., No. 23 Civ. 3836 (VSB), 2025 WL 2603677, at *1 (S.D.N.Y. Aug. 25, 2020).  The Court may only request that a pro bono lawyer represent 1169, but 1169 must demonstrate that it is unable to afford its own counsel and that it has made efforts to obtain counsel without success.  See id.  1169 may make this showing by providing information concerning its financial status and describing its

efforts to obtain counsel.  Accordingly, 1169's request for the appointment of pro bono counsel is DENIED WITHOUT PREJUDICE.

The Clerk of the Court is respectfully directed to hold the Certificate of Default against 1169 (Dkt. No. 44) in abeyance pending its appearance as required by this Order.  Plaintiff's deadline to file a motion for default judgment shall be HELD IN ABEYANCE pending 1169's appearance in this action.  (See Dkt. No. 45).

The Clerk of the Court is also respectfully requested to mail a copy of this Order to Defendant Master Babers Barbershop at 1169 2nd Avenue, New York, NY 10065 and to 1169 at 30 Meadow Drive Woodmere, NY 11598.

Dated:      New York, New York
            March 12, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**

2